HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL A. LEON,

    Plaintiff,

  v.

EXPONENT, INC., et al.,

    Defendants.

CASE NO. C14-95RAJ

ORDER

    This matter comes before the court on review of the complaint of Plaintiff Michael A. Leon. He is proceeding in this case without the assistance of an attorney and in forma pauperis. In a case where a plaintiff proceeds in forma pauperis, the court "shall dismiss the case" if it determines that the plaintiff's complaint is "frivolous or malicious" or "fails to state a claim on which relief may be granted . . . ." 28 U.S.C. § 1915(e)(2)(B).

    Mr. Leon's complaint is incomprehensible. He appears to assert that he once worked for a subcontractor of The Boeing Company, and that he suffered adverse consequences in connection with an investigation into problems with a battery aboard a new model of Boeing airplane. The court may be wrong; the complaint is exceedingly difficult to read, it is strewn with lengthy excerpts from news reports, dozens of bible verses, and more. The only cause of action it asserts is one that Mr. Leon labels "Defamation Invasion of Privacy False Light Emotional Distress." Boeing has filed a statement listing fourteen cases that Mr. Leon has filed in various federal district courts in

ORDER – 1

the last year. The court's review of the docket in a few of those cases suggests that all of them raise the same sort of incomprehensible allegations.

The court concludes that Mr. Leon's complaint is frivolous or malicious and that, in any event, it fails to state a claim on which the court can grant relief. The court accordingly dismisses the action. The clerk shall enter judgment in accordance with this order.

DATED this 21st day of February, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2